i

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Hand Promotions Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Patricia E Hernandez, et al.,<br><br>Defendants. | **NO. CV-19-04993-PHX-DJH**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Patricia E. Hernandez, Carlos Alcantara Mijangos and Fandango Group LLC d/b/a Las 15 Salsas Restaurant Oaxaqueno in the amount of $14,800.00 pursuant to 17 U.S.C. § 504(c)(2). It is further ordered that Plaintiff is to recover costs pursuant to 17 U.S.C. § 505 in the amount of $655.00. This matter is hereby terminated.

    Debra D. Lucas
    Acting District Court Executive/Clerk of Court

May 13, 2020

    s/ L. Dixon
By  Deputy Clerk