NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Hand Promotions Incorporated, | No. CV-19-04993-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Patricia E Hernandez, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Attorneys' Fees. (Doc. 18). The Court previously entered default judgment against Defendants. (Doc. 16). Therein, the allegations in Plaintiff's Complaint were ware deemed admitted against Defendants. These admitted facts included that Defendants exhibited the closed-circuit Floyd Mayweather, Jr. vs. Conor McGregor Broadcast, including all undercard bouts and the entire television broadcast, scheduled for August 26, 2017, without authorization from Plaintiff, and that Defendants' actions were willful and for purposes of direct or indirect commercial advantage or private financial gain. (Doc. 1). Plaintiff now seeks $2,300 in attorneys' fees. For the reasons stated herein, the Motion will be granted.

"Fees are proper . . . when either successful prosecution or successful defense of the action furthers the purposes of the Copyright Act." *Perfect 10, Inc. v. CCBill LLC*, 488 F.3d 1102, 1120 (9th Cir. 2007). Courts regularly award the reasonable fees incurred by a plaintiff. "[A]ttorney's fees are to be awarded to the prevailing parties only as a matter of the court's discretion." *Fogerty v. Fantasy, Inc.*, 510 U.S. 534 (1994). "Courts consider

the following non-exhaustive list of factors when determining whether to grant attorneys' fees: '(1) the degree of success obtained; (2) frivolousness; (3) motivation; (4) the objective unreasonableness of the losing party's factual and legal arguments; and (5) the need, in particular circumstances, to advance considerations of compensation and deterrence.'" *Id.*

The Court finds that Plaintiff prevailed and was successful as the Court has entered judgment in Plaintiff's favor. (Doc. 16).  Moreover, the Court finds that the Motion is not frivolous or made for any improper purpose and that the statute entitles Plaintiff to an award of attorney's fees here.  The Court finds that Plaintiff's hours billed in this matter are reasonable under the circumstances and further finds that the hourly rate charged by counsel, of $250, is reasonable.  Therefore, the Court will grant the Motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorneys' Fees and Costs (Doc. 18) is **granted**.  Plaintiff is hereby awarded attorneys' fees in the amount of $2,300.00.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated this 3rd day of November, 2020.

Honorable Diane J. Humetewa
United States District Judge