# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joe Hand Promotions Incorporated,<br><br>    Plaintiff,<br><br>v.<br><br>Patricia E Hernandez, et al.,<br><br>    Defendants. | **NO. CV-19-04993-PHX-DJH**<br><br>**JUDGMENT ON ATTORNEY FEES** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 4, 2020, judgment is entered in favor of plaintiff and against defendant in the amount of $ 2,300.00.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

November 4, 2020

                                              s/ E. Aragon
                                   By    Deputy Clerk